IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 04-10231-MLW |
| v. ) |  |
| 4.   JEFFREY A. DEVEAU ) |  |

## MOTION FOR RULE 20 TRANSFER

The United States, pursuant to Rule 20 of the Federal Rules of Criminal Procedure, moves this Court for an Order removing the captioned criminal case to the Northern District of New York, pursuant to the attached Consent To Transfer of Case For Plea And Sentence, and the attached Rule 20 Transfer Notice.

As set forth in the attached Consent to Transfer, the defendant has agreed to Rule 20 Transfer of this case from the District of Massachusetts to the Northern District of New York where the defendant presently resides under conditions of release.

WHEREFORE, the United States moves this Court for an Order removing this case to the Northern District of New York.

Respectfully submitted this 23rd day of December, 2004.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
VICTOR A. WILD
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document upon Edward Z. Menkin, Esq., Suite 909, State Tower Building, 109 South Warren Street, Syracuse, NY 13202.

_____
VICTOR A. WILD
ASSISTANT U. S. ATTORNEY
Suite 900
One Courthouse Way
Boston, MA 02210
(617) 748-3145