IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 04-10231-MLW |
| v. | ) |
| 4. JEFFREY A. DEVEAU | ) |

**CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(Under FRCP 20)**

I, JEFFREY A. DEVEAU, defendant, have been informed that an indictment is pending against me in the above-designated cause in the District of Massachusetts, charging:

Count 1 - Conspiracy
Count 2 - Wire Fraud
Count 3 - Wire Fraud
Count 4 - Wire Fraud
Count 6 - Mail Fraud

I wish to plead guilty to the offenses charged, to consent to disposition of the case in the Northern District of New York in which I reside and am under conditions of release, and to waive trial in the District of Massachusetts.

Dated: December 6, 2004,
at Syracuse, New York.

JEFFREY A. DEVEAU

EDWARD Z. MENKIN, Esq.
Counsel for defendant Deveau

**APPROVED**

_____
MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210