U.S. Department of Justice                                    Rule 20—Transfer Notice

| To: | District | Date |
|---|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | Massachusetts | |
| **Name of Subject**<br>JEFFREY A. DEVEAU | **Statute Violated**<br>Title 18, Sections 371, 1341, 1343 | **File Data** *(Initials and Number)* |

### Part A—District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney. ~~in the district of arrest.~~ Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

☐ Other *(Specify):*

☐ The above-named defendant entered a plea of guilty under Rule 20.
   **Date of Plea**          **Date of Sentence**          **Sentence**

| From *(Signature and Title)*<br>*[signature]* Chief, Criminal Division for<br>GLENN T. SUDDABY<br>United States Attorney | Address | U.S. Attorney's Office<br>Northern District of New York<br>900 Federal Building<br>~~100 South Clinton Street~~<br>Syracuse, NY 13261 |

### Part B—District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.
   *(Kindly notify me of any anticipated delay.)*

☒ Enclosed are two certified copies of indictment or information. Docket No. ~~Crim. No.~~ 04-10231-MLW

☐ Please have defendant execute waiver of indictment.

☒ Other *(Specify):* Jeffrey A. Deveau, by and through Edward Z. Menkin, Esq. advised that he wishes to waive trial in the District of Massachusetts and plead guilty to Counts 1 through 4 and Count 6 in the Northern District of New York.

| Signature *(Name and Title)*<br>*[signature]*<br>MICHAEL J. SULLIVAN<br>United States Attorney | District<br>Massachusetts | Date<br>12/22/04 |

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Replaces OBD-101, Feb. 83 edition may be used

FORM USA-231
NOV. 85