IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 04-10231-MLW |
| v. | ) |
| PETER V. MAGGIO, III, *ET AL.* | ) |

## STATUS REPORT

The United States submits this report to the Court.

The superseding indictment was returned by the Grand Jury on August 12, 2004, as to all 7 defendants. The first initial appearance (defendant Paradiso) was held on September 28, 2004, and the last initial appearance was held on November 10, 2004 (defendant Havey).

The court (Magistrate Judge Dein) held status conferences on November 9, 2004 (as to defendants Deveau, Paradiso and O'Neill), December 21, 2004 (all defendants), February 18, 2005, April 4, 2005, and May 3, 2005. The court scheduled a further (final) status conference for June 3, 2005. The time from August 12, 2004 to June 3, 2005 has been excluded from the Speedy Trial Act.

The Government has engaged in plea discussions with all defense counsel. Certain counsel have advised the government that their clients will enter guilty pleas. At the status conference on May 3, 2005, certain counsel sought additional time to inform the court whether their clients would enter guilty pleas or would proceed to trial.

Prosecution of defendant DeVeau was transferred to the Northern District of New York for entry of guilty pleas and sentencing, per Order (District Judge Wolf) entered January 20, 2005. DeVeau is scheduled to enter guilty pleas in early June.

Respectfully submitted this 2nd day of June, 2005.

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Victor A. Wild
VICTOR A. WILD
Suite 9200
One Courthouse Way
Boston, MA 02210
(617) 748-3100
Mass. Bar No. 543148

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the attorneys listed below a copy of the foregoing document.

/s/ Victor A. Wild
VICTOR A. WILD
Assistant U.S. Attorney

James M. Merberg, Esq.
66 Long Wharf
Boston, MA 02110
Attorney for Peter V. Maggio

Joseph S. Oteri, Esq.
20 Park Plaza
Boston, MA 02116
Attorney for Michael R. O'Neill

Scott P. Lopez, Esq.
24 School Street
Boston, MA 02108
Attorney for Louis A. Paradiso

William M. White, Esq.
1 Faneuel Hall, 3rd Floor
Boston, MA 02109
Attorney for Sean Sacco

Edward Z. Menkin, Esq.
Suite 909, 109 S. Warren St.
Syracuse, NY 13202
Attorney for Jeffrey DeVeau

Elliott M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110
Attorney for William A. Howe

Roger Witkin, Esq.
6 Beacon Street
Boston, MA 02108
Attorney for Matt A. Havey