# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**<u>UNITED STATES</u>**                                             **CRIMINAL  CASE**

**NO.<u> 04-10231-MLW</u>**

**V.**

**<u>PETER MAGGIO et al</u>**
                        **Defendant(s)**


## <u>NOTICE OF RESCHEDULING</u>

**<u>WOLF, D.J.</u>**


          The **<u>PRETRIAL CONFERENCE </u>**previously scheduled for <u>**NOVEMBER 21, 2005**</u>

at<u> **3:00 P.M.**</u> before Judge <u>Wolf</u>, has been CANCELLED.


                                        **SARAH A. THORNTON**
                                        **CLERK OF COURT**


**<u>November 18, 2005</u>**                **By:**   <u>**/s/ Dennis O'Leary**         </u>
          **Date**                        **Deputy Clerk**

**Notice to:**
**(crim-cancel.wpd - 7/99)**                        **[ntchrgcnf.]**
                                        **[kntchrgcnf.]**