

FILED
IN CLERKS OFFICE

2006 APR 10  A 11: 50

U.S. DISTRICT COURT
DISTRICT OF MASS

Main Reception: (617) 748-3100

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

April 6, 2006

James M. Merberg, Esq.          Joseph S. Oteri, Esq.
76 Long Wharf                    20 Park Plaza
Boston, MA 02110                 Boston, MA 02116

Elliot Weinstein, Esq.           Roger Witkin, Esq.
228 Lewis Wharf                  6 Beacon Street
Boston, MA 02110                 Boston, MA 02108

Scott Lopez, Esq.                William M. White, Esq.
24 School Street                 1 Faneuil Hall
Boston, MA 02108                 Boston, MA 02109

   Re: United States v. Maggio, et al.
       Criminal No. 04-10231-MLW

Dear Counsel:

   The Government informs counsel that, after Section 5K downward departure for Deveau's cooperation with the Government, Chief Judge Norman A. Mordue of the Northern District of New York today sentenced Jeffrey A. Deveau to a prison term of a year and a day, followed by 3 years supervised release, and a restitution order of $15,655,337.54.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                              By:     _____
                                      VICTOR A. WILD
                                      Assistant U.S. Attorney

cc: Dennis O'Leary
    Clerk to Chief Judge Wolf